# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN LAZAR, | ) **Case No.: 1:10-cv-11508-NG** |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| NATIONAL COMMERCIAL SUBROGATION SERVICES, INC., and NCS LEGAL SERVICES, a collection division of National Commercial Services | ) |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Lisa Barry
The Law Offices of Jay W. Smith
NCS Legal Services Liaison
6644 Valjean Avenue, Suite 200
Van Nuys, California 91406


      /s/ Craig Thor Kimmel
Attorney for Plaintiff
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002